EPSTEIN ENGINEERING, P.C., Respondent-Appellant, v THOMAS CATALDO et al., Appellants-Respondents, et al., Defendant. [1 NYS3d 38]—

Order, Supreme Court, New York County (George J. Silver, J.), entered October 21, 2013, which denied plaintiff's motion for renewal and reargument to the extent it sought to renew certain discovery motions decided by an order, same court (Judith J. Gische, J.), entered October 3, 2012, granted the motion as to reargument of those motions, and, upon reargument, vacated the portion of the order that directed plaintiff to respond to demands for discovery enabling defendants to determine its lost profits, unanimously affirmed, without costs. Or-

der, same court and Justice, entered October 22, 2013 which, to the extent appealed from as limited by the briefs, denied defendants Thomas Cataldo and Cataldo Engineering, P.C.'s motion to dismiss either the complaint or plaintiff's claim for lost profits for failure to respond to discovery demands for financial statements and tax returns, and granted plaintiff's cross motion for a corresponding protective order, unanimously affirmed, with costs.

Plaintiff may elect to measure its damages in this unfair competition action by reference to the profits made by defendants from clients or business opportunities diverted from plaintiff (*see Wolff v Wolff*, 67 NY2d 638 [1986]; *Western Elec. Co. v Brenner*, 41 NY2d 291, 295 [1977]; *Bon Temps Agency v Greenfield*, 184 AD2d 280 [1st Dept 1992], *lv dismissed* 81 NY2d 759 [1992]; *Maritime Fish Prods. v World-Wide Fish Prods.*, 100 AD2d 81, 91 [1st Dept 1984], *appeal dismissed* 63 NY2d 675 [1984]; *Gassman & Gassman v Salzman*, 112 AD2d 82 [1st Dept 1985], *appeal dismissed* 66 NY2d 758 [1985]; *B. W. King, Inc. v McAulay*, 24 AD2d 444 [1st Dept 1965]; *Dorville Corp. v Jackson*, 278 App Div 796 [1st Dept 1951], *affd* 305 NY 665 [1953]). Concur—Mazzarelli, J.P., DeGrasse, Manzanet-Daniels and Feinman, JJ.